Paul P. Young, State Bar No. 257571
Joseph Chora, State Bar No. 284700
Chora Young LLP
2667 E. Colorado Blvd., Suite B
Pasadena, CA 91107
(626) 744-1838
(626) 744-3167 (Facsimile)

Attorneys for Plaintiff, James H. Donell
Federal Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, Receiver for J T Wallenbrock and Associates and Citadel Capital Management Group Inc, <br><br>Plaintiffs, <br><br>vs. <br><br>Diana M. Martinez, <br><br>Defendants. | Case No.  2:05-CV-07811-ER-SHx <br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment in favor of James H. Donell, Receiver for J T Wallenbrock and Associates and Citadel Capital Management Group Inc. and to and against Defendant Diana M. Martinez entered on July 21, 2006 is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 20,150.85 |
| b. | Costs after judgment | | 0.00 |
| c. | Attorney's fees | | 0.00 |
| d. | Subtotal | $ | 20,150.85 |

- 1 -
**RENEWAL OF JUDGMENT**

- 2 -

|   |   |   |   |
|---|---|---|---|
| e. | Interest after judgment |     | 10,524.51 |
| f. | Subtotal | $ | 30,675.36 |
| g. | Credits after judgment |   | 0.00 |
| h. | Fee for filing renewal |   | 0.00 |
| i. | **Total renewed judgment** | **$** | **30,675.36** |

DATED: 7/21/2016

s/ J. Remigio
Deputy Clerk

**RENEWAL OF JUDGMENT**